**Order entered December 16, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01426-CV

### IN RE TERRENCE M. GORE, Relator

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF12-12707-U**

## ORDER
Before Justices Francis, Myers and Schenck

Before the Court is relator's December 14, 2015 Request for Emergency Temporary

Relief Pending Motion for En Banc Reconsideration. We **DENY** the motion.


/s/     LANA MYERS
         JUSTICE